1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

HERBERT SHEDD,

12

Plaintiff,

13

vs.

14
15

GEORGE A. NEOTTI,

16

Defendant.

17

CASE NO. 09CV2065 JLS (POR)

**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS**

(Doc. No. 13.)

18
19
20

Presently before the Court is Plaintiff's petition for writ of habeas corpus (Doc. No. 1), and Magistrate Judge Porter's report and recommendation recommending the Court deny Plaintiff's petition. (Doc. No. 15.)

21
22
23
24
25
26
27
28

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note

1   (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

2        Here, Plaintiff has failed to timely file objections to Magistrate Judge Porter's report and

3   recommendation.  Having reviewed the report and recommendation, the Court finds that it is

4   thorough, well reasoned, and contains no clear error.  Accordingly, the Court hereby (1) **ADOPTS**

5   Magistrate Judge Porter's report and recommendation and (2) **DENIES** Plaintiff's petition for

6   habeas corpus.  This Order concludes the litigation in this matter.  The Clerk shall close the file.

7        **IT IS SO ORDERED.**

8

9   DATED:  January 31, 2011

10                                      _____
                                        Honorable Janis L. Sammartino
11                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28